118 A.3d 1106

Carl **ROBINSON**, Petitioner

v.

**PHILADELPHIA COURT OF COMMON PLEAS**, Respondent.

No. 59 EM 2015.

Supreme Court of Pennsylvania.

July 8, 2015.

*ORDER*

PER CURIAM.

**AND NOW,** this 8th day of July, 2015, the Application for Leave to File Original Process is **GRANTED,** the Petition for Writ of Mandamus and/or Extraordinary Relief is **GRANTED** to the extent it seeks mandamus relief, and the common pleas court is **DIRECTED** to dispose of the pending petition within 90 days.